UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN INSELL,

    Plaintiff,

v.                                         CASE NO. 8:11-cv-1810-T-23EAJ

UNITED STATES OF AMERICA,

    Defendants.

## NOTICE OF SETTLEMENT

Defendant, by and through the undersigned counsel, and upon agreement of counsel for Plaintiff, hereby files this Notice of Settlement pursuant to Local Rule 3.08(a) and prays that the Court administratively close this file subject to the provisions of Local Rule 3.08(b).

                                                Respectfully submitted,

                                                **ROBERT E. O'NIELL**
                                                United States Attorney

By:      s/ John F. Rudy, III
          **JOHN F. RUDY, III**
          Assistant United States Attorney
          Florida Bar No. 0136700
          400 Tampa Street, Suite 3200
          Tampa, Florida 33602
          Telephone:  (813) 274-6000
          Fax:           (813) 274-6200
          E-Mail:      john.rudy@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>R. Stanley Gipe, Esquire
>Sgipe@papaandgipe.com

                                            By:   s/John F. Rudy, III
                                                      JOHN F. RUDY, III
                                                      Assistant United States Attorney