UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN INSELL,

    Plaintiff,

v.                                                    CASE NO.: 8:11-cv-1810-T-23EAJ

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

The defendant announces (Doc. 4) a settlement. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on October 11, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE